**LAW OFFICES**
**HONIG & GREENBERG, L.L.C.**
By:  Helene B. Raush, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, NJ 08003-3737
Phone(856) 770-0990
Facsimile (856)770-8511
Email: hraush@hgllclaw.com
Attorneys for Gibbstown Dentistry, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>    JOHN T. CHILDRESS and NINA E.<br>    CHILDRESS<br>                                    Debtor(s),<br>Address   297 Katie Court, Mickleton, NJ, 08056<br><br>Last four digits of Social Security or Tax-Payer<br>Identification Nos.<br>xxx-xx-6276 xxx-xx-4922 | CHAPTER THIRTEEN<br><br>Case Number 19-31279-JNP |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES

Please take notice that the undersigned Firm represents Gibbstown Dentistry, Inc., an interested party in the above captioned case. In accordance with the Bankruptcy Code and Rules, please enter our appearance on behalf of this party, place our name and address on the distribution list, and direct copies of all notices in this bankruptcy proceeding, regardless of form, to the above address.

This appearance and request is without prejudice to any rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court, and shall not be deemed to be a waiver of any objection thereto. Service of process of any pleading shall be made directly upon the Creditor as required by the Federal Rules of Bankruptcy Procedure and this instrument shall not constitute a waiver of Creditor's right to such service.

*/s/ Helene B. Raush*
HONIG & GREENBERG, L.L.C.
By: Helene B. Raush, Esq.
Attorneys for Gibbstown Dentistry, Inc.

Dated: 11/21/2019
Cherry Hill, New Jersey