Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−31279−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John T. Childress
dba Childress Business Consulting, LLC
297 Katie Court
Mickleton, NJ 08056

Nina E. Childress
297 Katie Court
Mickleton, NJ 08056

Social Security No.:
   xxx−xx−6276                              xxx−xx−4922

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 27, 2020
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-31279-JNP
John T. Childress                                                                Chapter 13
Nina E. Childress
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Jan 27, 2020
                 Form ID: finmgtc       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
db/jdb         +John T. Childress,    Nina E. Childress,    297 Katie Court,    Mickleton, NJ 08056-1032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07      U.S. Attorney,    970 Broad St.,
       Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:04      United States Trustee,
       Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
       Newark, NJ 07102-5235
                                                                                                                                    TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
          Helene Bonnie Raush    on behalf of Creditor    Gibbstown Dentistry, Inc. hraush@hgllclaw.com,
           aholmes@hgllclaw.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Lee Martin Perlman     on behalf of Joint Debtor Nina E. Childress ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Lee Martin Perlman     on behalf of Debtor John T. Childress ecf@newjerseybankruptcy.com,
           mcdoherty@ecf.courtdrive.com
          Rebecca Ann Solarz     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
           behalf of the holders of the J.P. Morgan Mortgage Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 7