UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

John T. Childress
Nina E. Childress

Case No.: 19-31279-JNP

Judge: **JNP**

Chapter 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, \_\_\_\_\_John Childress\_\_\_ , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations.

    ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:\_\_\_\_12/06/2023_____       /s/ John Childress_____
                                                                    Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>(856) 751-4224 | |
| In RE:<br><br>John T. Childress<br>Nina E. Childress | Case No.: 19-31279-JNP<br><br>Judge: **JNP**<br><br>Chapter 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,   Nina Childress   , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   12/06/2023                              /s/ Nina Childress
                                                Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**