| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John T. Childress | Social Security number or ITIN   xxx–xx–6276 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nina E. Childress | Social Security number or ITIN   xxx–xx–4922 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–31279–JNP | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    John T. Childress                      Nina E. Childress
    dba Childress Business Consulting, LLC

    <u>1/24/24</u>                                    **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-31279-JNP
John T. Childress  Chapter 13
Nina E. Childress
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jan 24, 2024  Form ID: 3180W  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John T. Childress, Nina E. Childress, 297 Katie Court, Mickleton, NJ 08056-1032 |
| cr | + | Gibbstown Dentistry, Inc., 401 Harmony Road, Gibbstown, NJ 08027, UNITED STATES 08027-1725 |
| 518563337 | + | Democracyfcu, 400 N Columbus Street, Alexandria, VA 22314-2259 |
| 518580610 | + | Deutsche Bank National Trust Company, as Trustee,, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518563338 | + | Gibbstown Dentistry, 401 Harmony Rd, Gibbstown, NJ 08027-1725 |
| 518563339 | + | Gibbstown Dentistry, Inc., Honig & Greenberg, LLC, 1949 Haddonfield-Berlin Rd # 200, Cherry Hill, NJ 08003-2077 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518620690 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 24 2024 23:19:00 | Baxter Financial, LLC, c/o Fein Such Kahn & Shepard, PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518563334 | + | EDI: CAPITALONE.COM | Jan 25 2024 03:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518612360 | + | EDI: AIS.COM | Jan 25 2024 03:36:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518563336 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 23:23:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518660614 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 23:23:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518666310 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 24 2024 23:20:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518563340 | + | EDI: IRS.COM | Jan 25 2024 03:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518563335 | | EDI: JPMORGANCHASE | Jan 25 2024 03:36:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518578135 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 23:34:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518563341 | + | Email/Text: kmorgan@morganlaw.com | Jan 24 2024 23:20:00 | Morgan, Bornstein & Morgan, 1236 Brace Road, |

Case 19-31279-JNP    Doc 36    Filed 01/26/24    Entered 01/27/24 00:17:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite K, Cherry Hill, NJ 08034-3229 |
| 519156308 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 24 2024 23:20:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 518563343 | + | Email/Text: bankruptcy@savit.com | Jan 24 2024 23:20:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518563342 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 24 2024 23:20:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518603210 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 24 2024 23:20:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518607518 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 24 2024 23:20:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 518563344 | + | EDI: CITICORP | Jan 25 2024 03:36:00 | Sears Bankruptcy Recovery, PO Box 20363, Kansas City, MO 64195-0363 |
| 518563345 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 24 2024 23:20:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518660755 | + | EDI: AIS.COM | Jan 25 2024 03:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518563346 | + | EDI: WFFC2 | Jan 25 2024 03:36:00 | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518563333 | ##+ | Atlantic Credit & Finance, PO Box 12966, Roanoke, VA 24030-2966 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: 3180W | Total Noticed: 27 |

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Helene Bonnie Raush
    on behalf of Creditor Gibbstown Dentistry  Inc. hraush@morganproperties.com, btemple@hgllclaw.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kimberly A. Wilson
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Et Al... kimwilson@raslg.com

Lee Martin Perlman
    on behalf of Debtor John T. Childress ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Nina E. Childress ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9