Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–31279–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John T. Childress<br>dba Childress Business Consulting, LLC<br>297 Katie Court<br>Mickleton, NJ 08056 | Nina E. Childress<br>297 Katie Court<br>Mickleton, NJ 08056 |

Social Security No.:
xxx–xx–6276                                         xxx–xx–4922

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 23, 2024</u>             <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court